# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2006

129163

THOMAS L. ZUDER, Deceased, by KRISTAL
LITTLE,
      Plaintiff-Appellee,

v

TAILORED BUILDING SYSTEMS, INC.,
PIONEER, INC., and ACCIDENT FUND
INSURANCE COMPANY OF AMERICA,
      Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129163
COA: 259733
WCAC: 03-000233

On order of the Court, the application for leave to appeal the June 15, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2006

_____
Clerk

t0125